**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 01-4098**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

KEVIN RONREGUS JONES, a/k/a Ron, a/k/a Kevin
Ronregas Jones,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Jerome B. Friedman, District Judge.
(CR-97-149)

Submitted: February 21, 2002          Decided: March 4, 2002

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

B. Thomas Reed, Norfolk, Virginia, for Appellant. Paul J. McNulty, United States Attorney, Laura M. Everhart, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Kevin Ronregus Jones appeals his conviction and sentence imposed for conspiracy to distribute and possess with intent to distribute cocaine base in violation of 21 U.S.C. § 846 (1994), and possession with intent to distribute and distribution of cocaine base in violation of 21 U.S.C.A. § 841(a)(1) (West 1999 & Supp. 2001). On appeal, he argues only that Congress exceeded its authority under the Commerce Clause in enacting the drug trafficking statute, 21 U.S.C.A. § 841. Jones contends that drug trafficking is not an activity affecting interstate commerce that Congress may regulate pursuant to the Commerce Clause.

We rejected this claim in United States v. Leshuk, 65 F.3d 1105, 1111-12 (4th Cir. 1995), concluding that under United States v. Lopez, 514 U.S. 549 (1995), intrastate drug trafficking activity had a substantial effect on interstate commerce. Accordingly, we affirm Jones' conviction and sentence. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2